Bradley T. Austin, Esq.
Nevada State Bar No. 13064
Snell & Wilmer, LLP
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com

*Attorneys for Defendant*
*Equifax Information Services, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES BIRKAN, <br><br> Plaintiff, <br><br> vs. <br><br> SETERUS, INC; TOYOTA FINANCIAL SERVICES; FEDERAL NATIONAL MORTGAGE ASSOCIATION A/K/A FANNIE MAE; EQUIFAX INFORMATION SERVICES, LLC; INNOVIS DATA SOLUTIONS, INC., <br><br> Defendants. | Case No. 2:16-cv-02060-APG-PAL <br><br> **STIPULATION AND ORDER OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |

Defendant Equifax Information Services LLC ("Equifax") requested an extension to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff James Birkan has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended through and including November 5, 2016. Plaintiff and Equifax are actively engaged in settlement discussions. The additional time to respond to the Complaint will facilitate settlement discussions.

///

///

1    This stipulation is filed in good faith and not intended to cause delay.

2    Respectfully submitted this 30th day of September 2016.

4        /s/ David H. Krieger
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff James Birkan*

SNELL & WILMER L.L.P.

By: /s/ Bradley T. Austin
Bradley T. Austin
Nevada Bar No. 13064
3883 Howard Hughes Pkwy
Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com

*Attorneys for Defendant Equifax Information Services LLC*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: September 30, 2016

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of September 2016, I electronically filed the foregoing **STIPULATION AND ORDER OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

David H. Krieger, Esq.
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123

*Attorney for Plaintiff*

　　　　　　　　　　　　　　　　　　*/s/ Candace L. Charlet*
　　　　　　　　　　　　　　　　　　An Employee of Snell & Wilmer L.L.P.

24944024

- 3 -