J Christopher Jorgensen
Nevada Bar No. 5382
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Phone: (702) 474-2642
Fax: (702) 216-6178
Email: cjorgensen@lrrc.com
*Attorneys for Defendant
Seterus, Inc.*

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff
James Birkan*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| JAMES BIRKAN, <br><br> Plaintiff, <br><br> vs. <br><br> SETERUS, INC.; TOYOTA FINANCIAL SERVICES; FEDERAL NATIONAL MORTGAGE ASSOCIATION A/K/A FANNIE MAE; EQUIFAX INFORMATION SERVICES, LLC; INNOVIS DATA SOLUTIONS, INC., <br><br> Defendants. | Case No.: 2:16-cv-02060-APG-PAL <br><br> **STIPULATION TO EXTEND DEFENDANT SETERUS, INC.'S TIME TO RESPOND TO COMPLAINT** <br><br> **(FIRST REQUEST)** <br><br> Compl. Filed:   August 30, 2016 <br><br> Hon. Judge Andrew P. Gordon <br> Hon. Mag. Judge Peggy A. Leen |

1      This Stipulation to Extend Time to Respond to Complaint is made by and
2 between Plaintiff James Birkan ("Plaintiff") and Defendant Seterus, Inc.
3 ("Seterus") through their respective counsel, in light of the following facts:

4 <u>RECITALS</u>

5     A.    Plaintiff filed the Complaint ("Complaint") against Seterus on or
6 about August 30, 2016.

7     B.    Seterus was served with the Complaint on September 19, 2016.

8     C.    Seterus' current deadline to respond is October 11, 2016.

9     D.    The parties agreed to extend Seterus' time to respond to the
10 Complaint through October 21, 2016, in order to give Seterus time to investigate
11 Plaintiff's claims and prepare a proper response, and for the parties to discuss a
12 potential resolution of this matter.

13     E.    There is good cause to grant this stipulation because Seterus requires
14 additional time to investigate Plaintiff's claims and prepare a proper response,
15 and the parties require additional time to consider a resolution of this matter.

16     F.    Pursuant to LR IA 6-2, Plaintiff and Seterus respectfully request that
17 the Court extend Seterus' time to respond to Plaintiff's Complaint through
18 October 21, 2016.

19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

## STIPULATION

NOW, THEREFORE, Plaintiff and Seterus hereby stipulate and agree that Seterus has up to and including October 21, 2016, to file a response to Plaintiff's Complaint.

**IT IS SO STIPULATED**

DATED: October 6, 2016        LEWIS ROCA
                              ROTHGERBER CHRISTIE LLP


                              By: */s/ J Christopher Jorgensen*
                                  J Christopher Jorgensen
                                  Attorneys for Defendant
                                  Seterus, Inc.


DATED: October 6, 2016        HAINES & KRIEGER, LLC


                              By: */s/ David H. Krieger*
                                  David H. Krieger, Esq.
                                  Attorneys for Plaintiff
                                  James Birkan


## ORDER

**IT IS SO ORDERED.**

United States Magistrate Judge

Dated: October 7, 2016