Erica J. Stutman, Esq.
Nevada Bar No. 10794
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
Email: estutman@swlaw.com

Attorneys for Federal National Mortgage Association

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JAMES BIRKAN,<br><br>               Plaintiff,<br><br>vs.<br><br>SETERUS, INC.; TOYOTA FINANCIAL SERVICES; FEDERAL NATIONAL MORTGAGE ASSOCIATION A/K/A FANNIE MAE; EQUIFAX INFORMATION SERVICES, LLC; INNOVIS DATA SOLUTIONS, INC.,<br><br>               Defendants. | CASE NO. 2:16-cv-02060-APG-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br>**(FIRST REQUEST)** |

The parties, through undersigned counsel, hereby agree that Fannie Mae may have an extension to respond to Plaintiff's Complaint. This request complies with Local Rules ("LR") IA 6-1, 6-2, and 7-1. This is the first request to extend the response deadline and is made before the response deadline.

The Complaint [Doc. #1] was filed on August 30, 2016. Fannie Mae was served with the summons and Complaint on September 23, 2016. The current deadline to respond to the Complaint is October 14, 2016. Plaintiff is agreeable to an extension of time of three weeks, through November 4, 2016, to allow Fannie Mae time to investigate the allegations of the Complaint.

Accordingly, the parties respectfully request that the Court grant this request to continue Fannie Mae's deadline to respond to the Complaint.

Dated: October 14, 2016

                        SNELL & WILMER L.L.P.

By: */s/ Erica J. Stutman*
    Erica J. Stutman
    Nevada Bar No. 10794
    One Arizona Center
    400 E. Van Buren, Suite 1900
    Phoenix, Arizona 85004-2202
    Telephone: (602) 382-6000
    Facsimile: (602) 382-6070
    *Attorneys for Federal National Mortgage Association*

HAINES & KRIEGER, LLC

By: */s/David H. Krieger*
    David H. Krieger
    Nevada Bar No. 9086
    8985 S. Eastern Ave., Suite 350
    Henderson, NV 89123
    Telephone: (702) 880-5554
    Facsimile: (702) 385-5518
    *Attorneys for James Birkan*

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ J. Christopher Jorgenson*
    J. Christopher Jorgenson
    Nevada Bar No. 5382
    3993 Howard Hughes Parkway, Suite 600
    Las Vegas, NV 89169
    Telephone: (702) 385-3373
    Facsimile: (702) 949-8393
    *Attorneys for Seterus, Imc.*

|   |   |
|---|---|
| 1 | SNELL & WILMER L.L.P. |
| 2 |  |
| 3 | By: */s/Bradley T. Austin*<br>Bradley T. Austin |
| 4 | Nevada Bar No. 13064<br>3883 Howard Hughes Parkway, Suite 1100 |
| 5 | Las Vegas, Nevada 89169<br>Telephone: (702) 784-5200 |
| 6 | Facsimile: (702) 784-5252<br>*Attorneys for Equifax Information Services, LLC* |

**ORDER**

**IT IS SO ORDERED.**

DATED  October 20 , 2016

_____
UNITED STATES MAGISTRATE JUDGE

- 3 -

## **CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I electronically filed the foregoing **STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE TO RESPOND TO COMPLAINT (FIRST REQUEST)** using the CM/ECF system which will send a notice of electronic filing to all parties as listed on the Notice of Electronic Filing.

DATED  October 14, 2016

*/s/Debbie Shuta*
An Employee of Snell & Wilmer LLP

25014954