1

2

3

4                           UNITED STATES DISTRICT COURT

5                                DISTRICT OF NEVADA

6                                       * * *

7    JAMES BIRKAN,                                  Case No. 2:16-cv-02060-APG-PAL

8                              Plaintiff,                      ORDER

9         v.

     SETERUS, INC., et al.,
10
                             Defendants.
11

12          Before the court is the Notice of Settlement (ECF No. 14) between Plaintiff and Defendant

13   Federal National Mortgage Association a/k/a Fannie Mae.  The parties request 60 days to complete

14   settlement dismissal documents.  Accordingly,

15          **IT IS ORDERED** that Plaintiff and Defendant Federal National Mortgage Association

16   a/k/a Fannie Mae shall have until **December 30, 2016,** to file a stipulation to dismiss, or a joint

17   status report advising when the stipulation to dismiss will be filed.

18          DATED this 2nd day of November, 2016.

19

20                                                  _____
                                                    PEGGY A. LEEN
21                                                  UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

                                                1