J Christopher Jorgensen
Nevada Bar No. 5382
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Phone: (702) 474-2642
Email: cjorgensen@lrrc.com

*Attorneys for Defendant
Seterus, Inc.*

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff
James Birkan*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES BIRKAN,<br><br>    Plaintiff,<br><br>vs.<br><br>SETERUS, INC.; TOYOTA FINANCIAL SERVICES; FEDERAL NATIONAL MORTGAGE ASSOCIATION A/K/A FANNIE MAE; EQUIFAX INFORMATION SERVICES, LLC; INNOVIS DATA SOLUTIONS, INC.,<br><br>    Defendants. | Case No.: 2:16-cv-02060-APG-PAL<br><br>**STIPULATION TO EXTEND DEFENDANT SETERUS, INC.'S TIME TO RESPOND TO COMPLAINT**<br><br>**(THIRD REQUEST)**<br><br>Compl. Filed:   August 30, 2016<br><br>Hon. Judge Andrew P. Gordon<br>Hon. Mag. Judge Peggy A. Leen |

This is the third Stipulated Request to Extend Time to Respond to Complaint made by and between Plaintiff James Birkan ("Plaintiff") and Defendant Seterus, Inc. ("Seterus") through their respective counsel.  This Request is made in light of the following facts:

## RECITALS

**A.**   Plaintiff filed the Complaint ("Complaint") against Seterus on or about August 30, 2016.

**B.**   Seterus was served with the Complaint on September 19, 2016.

**C.**   The parties stipulated to extend Seterus' time to respond to the Complaint through November 4, 2016, in order to give Seterus time to investigate Plaintiff's claims and prepare a proper response, and for the parties to discuss a potential resolution of this matter.  Dkt. 11.

**D.**   On October 20, 2016, the Court granted the parties stipulation.  Dkt. 13.

**E.**   Upon Seterus' request, the parties agreed to further extend Seterus' time to respond to the Complaint through November 18, 2016, in order to give Seterus the additional time necessary to investigate Plaintiff's claims and prepare a proper response, and for the parties to discuss a potential resolution of this matter.

**F.**   There is good cause to grant this stipulation because Seterus requires additional time to investigate Plaintiff's claims and prepare a proper response, and the parties require additional time to consider a resolution of this matter.

**G.**   Pursuant to LR IA 6-1, Plaintiff and Seterus respectfully request that the Court extend Seterus' time to respond to Plaintiff's Complaint through **November 18, 2016.**

///
///
///
///

## STIPULATION

NOW, THEREFORE, Plaintiff and Seterus hereby stipulate and agree that Seterus has up to and including November 18, 2016, to file a response to Plaintiff's Complaint.

**IT IS SO STIPULATED**

DATED:  November 2, 2016     LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ J Christopher Jorgensen*
J Christopher Jorgensen
Attorneys for Defendant
Seterus, Inc.

DATED:  November 2, 2016     HAINES & KRIEGER, LLC

By: */s/ David H. Krieger*
David H. Krieger, Esq.
Attorneys for Plaintiff
James Birkan

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

Dated: November 2, 2016