1
2
3
4

UNITED STATES DISTRICT COURT

5

DISTRICT OF NEVADA

6

* * *

7

JAMES BIRKAN,                                              Case No. 2:16-cv-02060-APG-PAL

8

                                    Plaintiff,                           ORDER

9

        v.

SETERUS, INC., et al.,

10

                                    Defendants.

11

12          Before the court is the Notice of Settlement (ECF No. 18) between Plaintiff and Defendant

13   Seterus, Inc.   The parties request 60 days to complete settlement dismissal documents.

14   Accordingly,

15          **IT IS ORDERED** that Plaintiff and Defendant Seterus, Inc. shall have until **January 3,**

16   **2017,** to file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss

17   will be filed.

18          DATED this 3rd day of November, 2016.

19
20
21   PEGGY A. LEEN
     UNITED STATES MAGISTRATE JUDGE

22
23
24
25
26
27
28