1  Bradley T. Austin, Esq.
   Nevada State Bar No. 13064
2  Snell & Wilmer, LLP
3  3883 Howard Hughes Pkwy, Suite 1100
   Las Vegas, NV 89169
4  Tel: 702-784-5200
   Fax: 702-784-5252
5  Email: baustin@swlaw.com

6  *Attorneys for Defendant*
7  *Equifax Information Services, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| JAMES BIRKAN, | Case No. 2:16-CV-02060-APG-PAL |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |
| SETERUS, INC. TOYOTA FINANCIAL SERVICES; FEDERAL NATIONAL MORTGAGE ASSOCIATION A/K/A FANNIE MAE; EQUIFAX INFORMATION SERVICES, LLC; INNOVIS DATA SOLUTIONS, INC., | |
| Defendants. | |

   Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff James Birkan has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended through and including **December 2, 2016**. Plaintiff and Equifax are actively engaged in

/ / /

/ / /

/ / /

/ / /

settlement discussions.  The additional time to respond to the Complaint will facilitate settlement discussions.  This stipulation is filed in good faith and not intended to cause delay.

DATED:  November 2, 2016

SNELL & WILMER L.L.P.

By:  /s/ Bradley T. Austin
Bradley T. Austin
Nevada Bar No. 13064
3883 Howard Hughes Pkwy
Suite 1100
Las Vegas, NV 89169

*Attorneys for Defendant Equifax Information Services LLC*

**No Opposition**

HAINES & KRIEGER

By:   /s/ David H. Kreiger
David H. Kreiger, Esq.
Nevada Bar No. 9086
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123

*Attorneys for Plaintiff James Birkan*

IT IS SO ORDERED.

United States Magistrate Judge

DATED  November 3, 2016

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 2nd day of November, 2016, via ECF, upon:

David H. Krieger
Haines & Krieger, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, NV 89123

/s/  Candace L. Charlet
An Employee of Snell & Wilmer L.L.P.

25151611.1