1
2
3
4
5
6

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

7

JAMES BIRKAN,

Case No. 2:16-cv-02060-APG-PAL

8

Plaintiff,

ORDER

9

v.

10

SETERUS, INC., et al.,

11

Defendants.

12    Before the court is the Notice of Settlement (ECF No. 27) between Plaintiff and Defendant

13    Equifax Information Services, LLC.  The parties request 60 days to complete settlement dismissal

14    documents.  Accordingly,

15    **IT IS ORDERED** that Plaintiff and Defendant Equifax Information Services, LLC shall

16    have until **January 9, 2017,** to file a stipulation to dismiss, or a joint status report advising when

17    the stipulation to dismiss will be filed.

18    DATED this 10th day of November, 2016.

19
20
21

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

22
23
24
25
26
27
28

1