**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| JAMES BIRKAN, | Case No. 2:16-cv-02060-APG-PAL |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION TO DISMISS AS MOOT** |
| SETERUS, INC., *et al.*, | (ECF No. 29) |
| Defendants. | |

In light of the stipulation to dismiss defendant Innovis Data Solutions, Inc. (ECF No. 31), defendant Innovis Data Solutions, Inc.'s motion to dismiss **(ECF No. 29) is DENIED as moot**.

DATED this 3rd day of January, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE